STATE OF NEVADA, APPELLANT, v.
LEONARD DAVIS, RESPONDENT.

No. 6877

October 30, 1972                                   501 P.2d 1217

*Robert E. Rose,* District Attorney, and *Warren W. Goedert,* Deputy District Attorney, Washoe County, for Appellant.

*H. Dale Murphy,* Public Defender, and *William N. Dunseath,* Deputy Public Defender, Washoe County, for Respondent.

**OPINION**

*Per Curiam:*

The parties agree that the court dismissal of the criminal indictment must be set aside on the authority of State v. District Court, 85 Nev. 381, 455 P.2d 923 (1969).

Reversed.